# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Susie Hall Sherman | **Repayment Agreement and Order** | No: 7:17-CR-00014-004 |

On August 15, 2018, Susie Hall Sherman was sentenced to 57 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Sherman. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 15, 2018, I have been ordered to pay a total restitution of $258,914.00 and a special assessment of $100.00.

2. On February 2, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on March 9, 2020. The current balance of my restitution is $250,828.11.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of March, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____  2-23-2022
Susie Hall Sherman               Date

_____  2-23-2022
U.S. Probation Officer           Date

_____  2-28-2022
Assistant U.S. Attorney          Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

3/28/2022
Date